NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MACK L. SHEDD, DOC #S41084, )
 )
       Appellant, )
 )
v. )      Case No. 2D17-2122
 )
STATE OF FLORIDA, )
 )
       Appellee. )
_____ )

Opinion filed August 31, 2018.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Howard L. Dimmig, II, Public Defender, and
Steven G. Mason, Special Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.


        Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.